

**Credence**
*Excellence Beyond Belief*

17000 Dallas Parkway
Suite 204
Dallas, TX 75248
855-731-5360

| Name: | Michael Orlando |
|---|---|
| Creditor: | Hoffman Park Emergency Physicians LLC |
| Creditor Account No: | See below for account detail |
| Credence Reference ID: | See below for account detail |
| Balance: | $2,184.00 |

Date: December 20, 2019

*This balance is a sum of balances from multiple accounts. See below for account detail.

## ACCOUNT NOTIFICATION

The above amount owed to Hoffman Park Emergency Physicians LLC an Emergency Room Physician service has been placed with Credence Resource Management LLC for collection.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that this debt, or any portion thereof, is disputed this office will obtain verification of the debt or a copy of a judgment and mail you a copy of such verification or judgment. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

Sincerely,
Credence Resource Management LLC


Calls to or from this company may be monitored or recorded.
This communication is from a debt collector. This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

### ACCOUNT DETAIL

| CREDITOR | CREDITOR ACCOUNT # | CREDENCE REF ID # | BALANCE |
|---|---|---|---|
| Hoffman Park Emergency Physicians LLC | 000733880332 0817635 | 141259189 | $1422.00 |
| Chickadee Inpatient Services LLC | 000733880332 0107246 | 141324666 | $448.00 |
| Chickadee Inpatient Services LLC | 000733880332 0107247 | 141324668 | $314.00 |

Notice: **SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**

### Credence Resource Management LLC Contacts

**Telephone Hours:**
Monday to Friday 08:00 AM EST to 09:00 PM PST
Saturday 11:00 AM EST to 07:00 PM EST
Tel: 855-731-5360

**Send Mail To:**
Credence Resource Management LLC
PO BOX 2090
Southgate, MI 48195-4090

**Pay Online:**
www.credencerm.com

EMVAL

Please return this bottom portion with your payment.

---

Mail your payment to Credence Resource Management LLC at PO BOX 2090, Southgate MI 48195-4090 or call 855-731-5360 to make a payment by phone.

**IF PAYING BY CREDIT CARD, FILL OUT BELOW.**

☐ VISA   ☐ MasterCard

Card Number

Signature                                       Exp. Date

| Credence Reference ID | Balance | Amount Paid |
|---|---|---|
| 141259189 | $2,184.00 | $ |
| Creditor | | Creditor Acct No |
| Hoffman Park Emergency Physicians LLC | | 000733880332 0817635 |

PO BOX 2090
Southgate, MI 48195-4090

Michael Orlando
8723 NW 3rd Ct
Plantation, FL 33324-6232

**Remit Payment To:**

Credence Resource Management LLC
PO BOX 2090
Southgate, MI 48195-4090