UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-60248-RAR

**MICHAEL ORLANDO,**

    Plaintiff,

v.

**CREDENCE RESOURCE MANAGEMENT, LLC
and HOFFMAN PARK EMERGENCY
PHYSICIANS, LLC,**

    Defendants.
_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** comes before the Court *sua sponte*. The record indicates that Defendant Credence Resource Management, LLC was served with process. *See* Defendant's Unopposed Motion for Extension of Time to Respond to Complaint [ECF No. 5]. However, no proof of service for Defendant Hoffman Park Emergency Physicians, LLC has been filed. To better manage the orderly progress of this case, it is

**ORDERED AND ADJUDGED** as follows:

(1) Defendant Credence Resource Management, LLC shall not file a response until Defendant Hoffman Park Emergency Physicians, LLC has been served with process. After *all* Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond. **Consequently, Plaintiff shall promptly file a return of service after serving Defendant Hoffman Park Emergency Physicians, LLC**.[1]

---

[1] Plaintiff shall also file a return of service for Defendant Credence Resource Management, LLC, which is not currently reflected on the docket.

(2)  Defendant Credence Resource Management, LLC's Motion for Extension of Time to Respond to Plaintiff's Complaint [ECF No. 5] is **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of March, 2020.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**