# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 0:20-CV-60248-RAR

Plaintiff:
**Michael Orlando**

vs.

Defendant:
**Credence Resource Management, LLC and Hoffman Park Emergency Physicians, LLC**

For:
Jibrael Hindi
The Law Offices Of Jibrael S. Hindi, PLLC
jibrael@jibraellaw & tom@jibraellaw.com
110 SE 6th Street, 17th Floor
Ft. Lauderdale, FL 33301

Received by All Broward Process Corp on the 5th day of February, 2020 at 6:40 pm to be served on **Credence Resource Management, LLC c/o Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301-2525**.

I, Nolan Process Servers, LLC, do hereby affirm that on the **7th day of February, 2020** at **9:35 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand for Jury Trial/ Injunctive Relief Sought, Exhibit, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **SCHEENA KRUSE** as **AUTHORIZED REPRESENTATIVE** for **Credence Resource Management, LLC**, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25+, Sex: F, Race/Skin Color: WHITE, Height: 5'6'', Weight: 150, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true.  Notary not required pursuant to F.S. 92.525(2).

**Nolan Process Servers, LLC**
Process Server

**All Broward Process Corp**
**701 N Fig Tree Lane**
**Plantation, FL 33317**
**(954) 214-5194**

Our Job Serial Number: BPC-2020000319